```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHERON JENKINS, Individually and on
Behalf of All Other Persons Similarly Situated,

                Plaintiffs,

      -against-                  07 CV 3585 (PKC) (DCF)

FAMILY SERVICES OF WESTCHESTER,
INC., And JOHN DOES #1-10,

                Defendants.
------------------------------------------------------------x

## STIPULATION AND TOLLING AGREEMENT

      It is hereby STIPULATED AND AGREED, by and between Plaintiff Sheron Jenkins ("Plaintiff") and Defendant Family Services of Westchester, Inc. ("Defendant"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation And Tolling Agreement, that Defendant's time to answer, move, or otherwise respond to the Complaint in this matter shall be extended by an additional 14 days, until and including July 27, 2007.

      It is FURTHER STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their undersigned attorneys who state that they have been authorized to enter this Stipulation And Tolling Agreement, that the statute of limitations period for alleged violations of the Fair Labor Standard Act ("FLSA") and New York Labor Law ("Labor Law") set forth in the Complaint by individuals purporting to be similarly situated to Plaintiff shall hereby be deemed tolled for a period of an additional 14 days beginning July 13, 2007 and ending July 27, 2007;

      PROVIDED, further, that nothing in this Stipulation And Tolling Agreement shall be read to revive any claim under the FLSA or Labor Law that would have been considered untimely as of July 13, 2007.

Dated: 7-11, 2007         By: /s/ William C. Rand
                              William C. Rand (WR 7685)
                              LAW OFFICE OF WILLIAM COUDERT RAND
                              711 Third Avenue, Suite 1505
                              New York, New York 10017
                              (212) 286-1425
                              *Attorneys for Plaintiff*

Dated: 7/11, 2007         By: /s/
                              Susan M. Corcoran (SC 0934)
                              Jonathan M. Kozak (JK 9619)
                              JACKSON LEWIS LLP
                              One North Broadway, 15th Floor
                              White Plains, New York 10601
                              (914) 328-0404
                              *Attorneys for Defendant*

SO ORDERED THIS 11th
DAY OF July, 2007.

_____
United States District Judge

-2-