UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SHERON JENKINS, Individually and on
Behalf of All Other Persons Similarly
Situated,

                                Plaintiffs,                    07 CV 3585 (UA) (GAY)

                  -against-

FAMILY SERVICES OF WESTCHESTER,
INC., And JOHN DOES #1-10,

                                Defendants.
------------------------------------------------------------x

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Sheron Jenkins ("Plaintiff") and Defendant Family Services of Westchester, Inc. ("Defendant"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that the Parties have agreed to amicably resolve any and all claims by the undersigned Plaintiff against Defendant in this action, including any claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and have authorized their undersigned counsel to stipulate, consent and agree to dismiss the instant action with prejudice to Plaintiff without any attorney's fees or costs except as provided for in the Parties' Confidential Negotiated Settlement Agreement . The terms of the Parties' Confidential Negotiated Settlement Agreement have been reviewed and approved by the Court. This Stipulation does not prejudice the rights, if any, of any members of any alleged putative class action and/or collective action other than Plaintiff.

_August 14 2007_      By:      _/s/ William C. Rand_
Date

                                        William C. Rand (WR 7685)
                                        LAW OFFICE OF WILLIAM COUDERT RAND
                                        711 Third Avenue, Suite 1505
                                        New York, New York 10017
                                        (212) 286-1425
                                        *Attorneys for Plaintiff*

_August 23, 2007_  
Date

By: _[signature]_  
Susan M. Corcoran (SC 0934)  
Jonathan M. Kozak (JK 9619)  
JACKSON LEWIS LLP  
One North Broadway, 15th Floor  
White Plains, New York 10601  
(914) 328-0404  
*Attorneys for Defendant*

The Court hereby approves the settlement and dismissal of the instant action with prejudice.

SO ORDERED this 28th day of August, 2007

_[signature]_
United States District Judge

- 2 -